# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-CR-168-TOR-2 |
| Plaintiff, | ORDER GRANTING MOTION TO TRAVEL |
| vs. | |
| BRENDA SUE LYNCH, a/k/a Brenda Leistiko, a/k/a Brenda McMann, | |
| Defendant. | |

Before the Court is Brenda Sue Lynch's Motion to Travel. ECF No. 825. The United States takes no positon on Defendant's request; the U.S. Probation Office does not oppose Defendant's Motion.

**IT IS ORDERED** Defendant's Unopposed Motion to Travel, **ECF No. 825**, is **GRANTED**. Condition No. 12 is **amended** as follows:

Defendant shall remain in the Eastern District of Washington or the District of Idaho while the case is pending. Prior to travel to the District of Idaho, however, Defendant shall notify her supervising U.S. Probation Officer of all travel-related information, including but not limited to where she may be reached in Idaho, and when she shall return to the Eastern District of Washington.

All other conditions of pretrial release not inconsistent herewith to remain in full force and effect.

DATED June 3, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1