# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brenda Sue Lynch  Case Number: 0980 2:14CR00168-TOR-2

Address of Offender: ▮▮▮▮▮▮▮▮ Newport, Washington 99156

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 17, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349, 1344 | |
| Original Sentence: | Prison - 87 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: November 17, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 16, 2021 |

## PETITIONING THE COURT

**To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition #2**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** On November 21, 2016, Ms. Lynch met with the undersigned officer for her initial intake. At that time, her conditions of supervision and judgement were reviewed with her. A copy of her judgment was provided to Ms. Lynch, and she verified she understood all of the conditions at that time.<br><br>Due to Ms. Lynch's history of past drug use, she was directed to call Alcohol Drug Education Prevention and Treatment (ADEPT) daily and listen for "brown 1" to be called. When "brown 1" was called, she was instructed to report to ADEPT between the hours of 8 a.m. and 5 p.m. to supply a urine sample.<br><br>On July 25, 2017, the color "brown 1" was called. Ms. Lynch failed to report to ADEPT as directed to supply a urine sample. Ms. Lynch called the undersigned officer and explained that her mother and father were having problems, and that was why she missed the urine test. She was directed to report to the United States Probation Office on July 26, 2017.

On July 26, 2017, Ms. Lynch provided a urine sample that tested presumptive positive for methamphetamine. Ms. Lynch denied any methamphetamine use. The sample was sent to Alere Laboratory for further testing. On August 1, 2017, the results of the urinalysis came back positive for methamphetamine use.

Ms. Lynch was directed to report to the United States Probation Office on August 3, 2017. Ms. Lynch was questioned about the positive urinalysis and she continued to deny any illegal drug use. She also stated she is not currently taking medication that would provide a positive urinalysis for methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/10/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

August 11, 2017
Date