Report Date:  August 30, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brenda Sue Lynch                    Case Number: 0980 2:14CR00168-TOR-2

Address of Offender: ██████████ Newport, Washington 99156

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 17, 2016

Original Offense:        Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349, 1344

Original Sentence:       Prison - 87 days              Type of Supervision: Supervised Release
                         TSR - 60 days

Asst. U.S. Attorney:     George JC Jacobs, III         Date Supervision Commenced: November 17, 2016

Defense Attorney:        Federal Defender's Office     Date Supervision Expires: November 16, 2021

---

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/11/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 1**:You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order fo the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On November 21, 2016, Ms. Lynch met with the undersigned officer for her initial intake. At that time, her conditions of supervision and judgment were reviewed.  A copy of her judgment was provided to Ms. Lynch, and she verified she understood all of the conditions at that time.

A call to Alcohol Drug Education Prevention Treatment, Inc. (ADEPT) on August 29, 2017, revealed that Ms. Lynch had not returned to chemical dependency services since August 17, 2017. The counselor reported that Ms. Lynch's progress was staffed with her during an individual appointment.  Ms. Lynch became upset with the progress report she was receiving from her counselor.

Ms. Lynch was scheduled to attend a group chemical dependency meeting that same day. Rather than staying for group, Ms. Lynch wrote a long note informing ADEPT she was leaving treatment, and would talk to her probation officer regarding this decision. Ms. Lynch willfully did not participate in group on August 17, 2017. On August 18, 2017, due to Ms. Lynch's lack of progress and refusal to continue treatment, she was unsuccessfully discharged from chemical dependency services with ADEPT.

The U.S. Probation Office respectfully recommends the Court incorporate the above violations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     08/30/2017
_____

s/Joshua D. Schull
_____

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

August 30, 2017
_____
Date