PROB 12C
(6/16)

Report Date: May 23, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2019

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Brenda Sue Lynch | Case Number: 0980 2:14CR00168-TOR-2 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 17, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349, 1344 | | |
| Original Sentence: | Prison - 87 days<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: November 17, 2016 | |
| Defense Attorney: | Geana Van Dessel | Date Supervision Expires: November 16, 2021 | |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2** : You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Lynch is in direct violation of special condition number 2 by testing positive for methamphetamine on May 13, 2019.<br><br>On November 21, 2016, Ms. Lynch met with the undersigned officer for her initial intake. At that time, her conditions of supervision and judgment were reviewed. A copy of her judgment was provided to Ms. Lynch, and she verified she understood all of the conditions at that time.<br><br>On May 13, 2019, Ms. Lynch reported to the U.S. Probation Office and supplied a urine sample that tested positive for methamphetamine. She reported that the test was going to come back negative.<br><br>On May 19, 2019, Alere Toxicology Laboratory reported that Ms. Lynch's urine sample tested positive for methamphetamine. On May 20, 2019, Ms. Lynch reported to the undersigned officer and disclosed that she used methamphetamine on May 9, 2019. She also signed a drug use admission form. |

Prob12C
**Re: Lynch, Brenda Sue**
**May 23, 2019**
**Page 2**

    2    **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: On May 13, 2019, Ms. Lynch was in direct violation of standard condition number 4 by failing to truthfully disclose her methamphetamine use.

On November 21, 2016, Ms. Lynch met with the undersigned officer for her initial intake. At that time, her conditions of supervision and judgment were reviewed. A copy of her judgment was provided to Ms. Lynch, and she verified she understood all of the conditions at that time.

On May 13, 2019, Ms. Lynch provided a urine sample that tested positive for methamphetamine. She told the undersigned officer that if the urine sample was sent to the laboratory, it would come back negative. When Ms. Lynch was confronted on May 20, 2019, with the positive urine test results, she disclosed she had previously lied to this officer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/23/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

May 23, 2019
Date